USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: _7/7/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD FIROZ SHAH, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

ALAQSA SUPERMARKET INC. d/b/a ALAQSA HALAL MEAT SUPERMARKET, IBRAHIM DOE, and MOHAMMAD S. HOQUE,

Defendants.

26 Civ. 1461 (AT)

**ORDER**

ANALISA TORRES District Judge:

On February 27, 2026, the Court ordered the parties to submit a joint letter and proposed case management plan by June 29, 2026. *See* ECF No. 11. Under Rule II(B) of the undersigned's Individual Practices in Civil Cases, "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment."

On May 12, 2026, Plaintiff filed a proposed clerk's certificate of default, with accompanying affidavits. *See* ECF Nos. 17–19. On May 13, however, the Clerk's office rejected Plaintiff's proposed clerk's certificate of default as deficient. The Court has received no further submissions in this matter.

Accordingly, by **July 28, 2026**, the parties shall file their joint letter and proposed case management plan. By that **same date**, if defense counsel has still not appeared, Plaintiff shall move for a default judgment in accordance with Attachment A of the undersigned's Individual Practices.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge